ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                    )
                                               )
S&K Aerospace, LLC                             )   ASBCA Nos. 62733, 62734, 62828
                                               )
Under Contract No. FA8630-12-D-5018            )
              FA8630-17-D-5030                  )

APPEARANCES FOR THE APPELLANT:        Pamela J. Mazza, Esq.
                                      Timothy F. Valley, Esq.
                                      Samuel S. Finnerty, Esq.
                                      Meghan F. Leemon, Esq.
                                      Jacqueline K. Unger, Esq.
                                        PilieroMazza PLLC
                                        Washington, DC


APPEARANCES FOR THE GOVERNMENT:      Jeffrey P. Hildebrant, Esq.
                                       Deputy Chief Trial Attorney
                                      Lawrence M. Anderson, Esq.
                                       Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  These appeals are dismissed with prejudice.

Dated:  August 3, 2021

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62733, 62734, 62828, Appeals of S&K Aerospace, LLC, rendered in conformance with the Board's Charter.

Dated:  August 3, 2021

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals